JOSEPH CUCHELO, an Infant, by His Guardian ad Litem, SANTA CUCHELO, Respondent, v. J. C. ROWLAND, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

CHARLES DRAWERT, Respondent, v. WILLIAM NEUMANN and PAUL NEUMANN, Copartners, Doing Business under the Firm Name and Style of P. & W. MOTORS, and the CITY OF NEW YORK, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GRACE E. GIMENEZ, Appellant, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent, and MITSUI & COMPANY, Defendant.— Order affirmed, without costs. The art has developed to such an extent that the use of X-ray photography has become a common and generally accepted procedure in medical and surgical diagnosis. This court, therefore, recedes from the determination made by it in Lacqua v. General Linen Supply & Laundry Co., Inc. (227 App. Div. 794), decided on the authority of Van Orden v. Madow (207 id. 827), and will follow the rule adopted in the other Departments. (Hayt v. Brewster, Gordon & Co., Inc., 199 App. Div. 68, Fourth Dept.; Hollister v. Robertson, 208 id. 449, Third Dept.; McInnes v. Cannon, 225 id. 852, First Dept.) Such examination should be permitted under such regulations as may be deemed necessary and proper. Examination to proceed on five days' notice. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

GREATER NEW YORK COAL AND OIL CORPORATION, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, INC., and GREATER NEW YORK COAL DISTRIBUTING CO., INC., Appellants.— Order in so far as it denies defendants' motion to dismiss the complaint as to the second cause of action affirmed, with ten dollars costs and disbursements, upon the authority of Posner Co. v. Jackson (223 N. Y. 325); Lamb v. Cheney & Son (227 id. 418); Campbell v. Gates (236 id. 457); Hornstein v. Podwitz (254 id. 443). Time to answer extended until ten days after entry of the order herein. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

GREATER NEW YORK COAL AND OIL CORPORATION, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, INC., Respondent, and GREATER NEW YORK COAL DISTRIBUTING CO., INC., Defendant.— Order granting motion to dismiss plaintiff's first cause of action as against defendant Philadelphia and Reading Coal and Iron Company, Inc., affirmed, with ten dollars costs and disbursements; time to answer extended until ten days after entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.